

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

In the Matter of the Marriage of Anthony Lynn Williams and Theresa Gayle Williams

No. 06-20-00095-CV

Appeal from the County Court at Law of Walker County, Texas (Tr. Ct. No. D2018093). Memorandum Opinion on Remand delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the portions of the divorce decree with respect to the property division and remand the cause for further proceedings consistent with his opinion. We affirm the divorce decree in all other respects.

We further order that the appellant and appellee shall split all costs incurred by reason of this appeal.

RENDERED AUGUST 9, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk